

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-23-00420-CV

LANCE DUNCAN,

                                              **Appellant**

 v.

FERNANDO BUSTOS AND
BUSTOS LAW FIRM, P.C.,

                                              **Appellees**

_____

### From the 87th District Court
### Freestone County, Texas
### Trial Court No. CV21287

_____

## MEMORANDUM OPINION

_____

The "Appellant's Unopposed Motion to Dismiss with Prejudice" was filed on April 12, 2024. In the motion, appellant notes that the parties successfully mediated, settling all of their claims, and as a result, appellant now moves to dismiss the appeal with prejudice and tax all costs to the party incurring same. Appellees do not oppose the relief requested by appellant.

Accordingly, "Appellant's Unopposed Motion to Dismiss with Prejudice" is

granted, and this appeal is dismissed with prejudice. Further, all costs in this appeal are ordered taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(a)(1), (d); 43.2(f); 43.4.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Johnson, and
     Justice Smith
Motion granted
Appeal dismissed
Opinion delivered and filed April 18, 2024
[CV06]

